May 26, 2006

Lawrence Higgins
Wynne Unit
TDC #1060189
Huntsville, TX 77349
Mr. James Farren
Randall County Criminal District Attorney
Randall County Courts Building
501 16th Street, Third Floor
Canyon, TX 79015

RE: Case Number: 05-0095
 Court of Appeals Number: 07-05-00004-CV
 Trial Court Number: 50,468C

Style: LAWRENCE HIGGINS
 v.
 RANDALL COUNTY SHERIFF'S OFFICE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. Pursuant to Texas Rule of
Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to that court. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy |
| |Culp |
| |Ms. Jo Carter|